Form summon (07/09)

# United States Bankruptcy Court
## Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Carl L Blauwkamp**<br><br>Debtor<br><br>**Royal Technologies Corporation**<br><br>Plaintiff<br><br>**Carl L Blauwkamp**<br><br>Defendant | Case Number 14-05130-jwb<br><br>Adv. Pro. No. 14-80196-jwb<br><br>Chapter 7<br><br>Honorable James W. Boyd |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

Scott H. Hogan
Foster Swift Collins & Smith, PC
1700 East Beltline NE Ste 200
Grand Rapids, MI 49525

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: August 12, 2014**

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**



## CERTIFICATE OF SERVICE

I, <u>Scott H. Hogan,</u> certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>August 12, 2014</u> by:

<u> X </u>  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Robert D. Wolford, Miller Johnson – 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI   49501

___  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___  Residence Service: By leaving the process with the following adult at:

___  Publication: The defendant was served as follows: [Describe briefly]

___  State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

    Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>August 12, 2014</u>          Signature: <u>/s/ Scott H. Hogan          </u>
                                                                 Scott H. Hogan

    Print Name: <u>Scott H. Hogan</u>

    Business Address: <u>1700 E. Beltline Avenue, NE, Suite 200</u>

    City: <u>Grand Rapids</u>        State: <u>MI</u>        Zip: <u>49525</u>